# United States Court of Appeals
### For the Eighth Circuit

_____

No. 22-1837
_____

United States of America

*Plaintiff - Appellee*

v.

Rafael Melendrez

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Western District of Arkansas - Fayetteville
_____

Submitted: August 22, 2022
Filed: August 29, 2022
[Unpublished]
_____

Before SHEPHERD, MELLOY, and STRAS, Circuit Judges.
_____

PER CURIAM.

Rafael Melendrez appeals the sentence the district court[1] imposed after he pleaded guilty to a firearm offense. His counsel has moved for leave to withdraw and

_____

[1]The Honorable Timothy L. Brooks, United States District Judge for the Western District of Arkansas.

has filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), challenging the substantive reasonableness of the prison sentence.

Having reviewed the record under a deferential abuse-of-discretion standard of review, <u>see</u> <u>Gall v. United States</u>, 552 U.S. 38, 41, 51 (2007), we conclude Melendrez's prison sentence was not substantively unreasonable.  The district court considered the statutory sentencing factors and did not overlook a relevant factor, give significant weight to an improper or irrelevant factor, or commit a clear error of judgment in weighing relevant factors.  <u>See</u> 18 U.S.C. § 3553(a); <u>United States v. Feemster</u>, 572 F.3d 455, 461 (8th Cir. 2009) (en banc); <u>see also</u> <u>United States v. Dunn</u>, 928 F.3d 688, 694 (8th Cir. 2019).  We have also independently reviewed the record under <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), and have found no non-frivolous issues for appeal.

Accordingly, we affirm the judgment of the district court and grant counsel's motion to withdraw.

_____